UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| KEVIN ROWE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil No. 07-153-ART |
| v. | ) | |
| | ) | |
| JOHN MOTLEY, Warden, Eastern | ) | **JUDGMENT** |
| Kentucky Correctional Complex, | ) | |
| | ) | |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, the Court **ORDERS** and **ADJUDGES** as follows:

1. **JUDGMENT** is entered in favor of Respondent with respect to all claims raised in this action by Petitioner.

2. This matter is **DISMISSED WITH PREJUDICE** and is **STRICKEN** from the Court's docket.

3. This is a final and appealable Judgment, but no certificate of appealability shall issue.

This the 30th day of September, 2008.



Signed By:
*Amul R. Thapar*  AT
United States District Judge